UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ADX Labs, Inc., a Delaware Corporation, ADX Holdings Pte. Ltd., a Singapore Limited Liability Company, Acesse Corporation, a Nevada Corporation, and Steven Renner<br><br>Plaintiffs,<br><br>vs.<br><br>Ciprian Pungila and SciTech Software S.R.L., a Romanian Limited Liability Company,<br><br>Defendants. | Civil File No. 21-cv-01164<br><br>**PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY AND EXPEDITED PRELIMINARY INJUNCTION** |

Pursuant to Federal Rule of Civil Procedure 65 and District of Minnesota Local Rule 7.1, Plaintiffs ADX Labs, Inc., ADX Holdings Pte. Ltd., Acesse Corporation, and Steven Renner (collectively "Plaintiffs") hereby move the Court for expedited discovery and an expedited preliminary injunction to restrain assets against third-party cryptocurrency exchanges. Specifically, Plaintiffs seek an order for the following:

1. Plaintiffs be permitted to serve limited third-party subpoenas on United States-based cryptocurrency exchanges—Coinbase, Kraken, and Binance.US—requiring an expedited response within seven business days; and

2. Cryptocurrency exchanges Coinbase, Kraken, and Binance.US be enjoined and ordered to freeze the assets in all its accounts implicated in the fraud of Plaintiffs' stolen assets.

In support of its motion, Plaintiffs rely on their Memorandum of Law in Support of their Motion for Expedited Discovery and Expedited Preliminary Injunction, the Declaration of Steven Renner with exhibits, the Declaration of Sean Anderson with exhibits, the Declaration of Donna Reuter with exhibits, and all of the files, records, and the arguments of counsel.

Pursuant to Local Rule 7.1(d), Plaintiffs request expedited handling of this motion.

Dated:  June 25, 2021                                        DORSEY & WHITNEY LLP

By *s/ Caitlin L.D. Hull*
RJ Zayed #0309849
zayed.rj@dorsey.com
Caitlin L.D. Hull #0398394
hull.caitlin@dorsey.com
Donna Reuter #0400572
reuter.donna@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for Plaintiffs*