# Exhibit A

| Exchange | Cryptocurrency | Transaction Hash | Receiving Address |
|---|---|---|---|
| Changenow.io | ETH | 0x660fb9bf41d0ed20c8adaa61de3621f813792db3a3b4f70ffd9ac66287858a4b | d645 |
| Changenow.io | ETH | 0xff7642874a9822b7d957764d1018abb5607d7d7a549f2ddfe028d666f620288c | d645 |
| Changenow.io | ETH | 0x7558ed4356a369e169638c203455556f32b1ff3cd35cd1ffcdbd351f2d5ab85c | d645 |
| Changenow.io | ETH | 0x71bd35609c543b5a769441e0abd13c41060e07b1b42047b25a536197e0594338 | d645 |
| Changenow.io | ETH | 0x5bcdd7745e3fd24c912f93cab5c47080e32b8118322a0c893dd03448d00bfdec | d645 |
| Changenow.io | ETH | 0x87360e1abfe7a23f32ba668dc8767bbfc5eeb9a002eb19c8930d3ee45f204cd6 | d645 |
| Changenow.io | ETH | 0x1df76f04417ad8a41160d9e4557defbfd0672b525854d57da6c71751fda299d1 | d645 |
| Changenow.io | ETH | 0x3daffecde81da29a614220e0cd2bbfd6a238b308eeee49bc0857df49f4f04c79 | d645 |
| Changenow.io | ETH | 0x978d29bf530c631417b6ae6f70003c290dd1b769afa36be3e3028ddbf40c27ad | d645 |
| Changenow.io | ETH | 0x46b85d5242a259673482e768985f094adbdc24554adba5e410df2a0a793f8241 | d645 |
| Changenow.io | ETH | 0xef8881070beef7923fb8f194033502db4313c14239b92776dff9589409451188 | d645 |
| Changenow.io | ETH | 0x35fb97cc71a770444865cacd78f329f085548c1d013896482a4b455ee574def1 | d645 |
| Changenow.io | ETH | 0x9416ea77241778bea7b5d4a3372065350fbb4bc232e48cf61f57a5dbd3762b6f | d645 |
| Changenow.io | ETH | 0xfcba11a99660916e3ddfa83d1d91f9a43bf0deb4846d77fec90fa7487af0ac53 | d645 |
| Changenow.io | ETH | 0x0db3e56e3a2535e0d5088c03c5b0b304d2d8c9b5276ea8a0d96ca53221c3d576 | d645 |
| Changenow.io | ETH | 0x5972ae5898bd5732416524355e5e63cbfbfca673610bf2d3e74a2450fffb4b41 | d645 |
| Changenow.io | ETH | 0x024542e7f658050988ed6702a5aba3186659cc40f0f59ba5720e5cccfbf6735c | d645 |
| Changenow.io | ETH | 0x7a7213621b99ec87ffc59002641d7ef15e3ad96b1a0c576325c54215b0fdd961 | c65f |
| Changenow.io | ETH | 0x0f87b5d765ec924da1d3906fa2a193dedda6c0399cc7b42d27ccd44cce700c7c | d645 |
| Changenow.io | ETH | 0x170d261da22c8e471c1f45756c37cf989342c199682b389526a27461165c4736 | d645 |
| Changenow.io | ETH | 0x141c816b0ba96e77dc590cea3b3fe580a7508a16c3fff1b49d6c02cceb92e84f | d645 |
| Changenow.io | ETH | 0x2fbbc890fedc6dc9751dc0ef4835b4533ffc02ddaddf6791062e85eeaa324ab0 | d645 |
| Changenow.io | ETH | 0x1964ae8da46ba937c5f624afba46e90fb7818f0ad5199ba269956dace1261a3c | d645 |
| Changenow.io | ETH | 0x322e0f5363c2f82aa71e942a43ccfca4454c8b4397d56e2fb42973623ceb9586 | c65f |
| Changenow.io | ETH | 0xe834b06df7b842fa56af1fcf14f6d212065378372c08edc47dd7fded0ada095c | c65f |
| Binance | ETH | 0x3c1b46d61c860e92452791e1519ea02158f5f86646827a7d454e91da01cf3c6c | 006e |
| Binance | ETH | 0xb97c2331b4193abe13ca69683c14aabfe92080cf2e9dccb68880de763e63cd77 | 997F |
| Binance | ETH | 0xdf2d832c367f37768d2bd45f3bae78e04a991a5db2825fdc269235abc2f01cd9 | 5015 |
| Binance | ETH | 0x519fab0583940a5a0fd739da1668474740de28b7e45f3c6aea271f2f64328e6c | D622 |
| Binance | ETH | 0xac6c3ab7d998d046643fc603dc248f9f0856ca8774216d72eb4ea13b876f86bb | F56a |
| Binance | ETH | 0xf780f5343b5d1455578ab2d2ec442992f91a392a3ca372e0aa668e379fd600c3 | 6F4F |
| Binance | USDT | 0xcc4de6c6082f8464e34bc48b811b2f43df2c2c43288aec75daa75b7d1b1aedea | 6F4F |
| Binance | USDT | 0xc1a6e823c753e758bb6aa7a7755e02b21c81fb52e9df84ebbd9a8978d00912e2 | 565c |
| Binance | BCH | 5164089fab213bd3d71b38795b0e56445e7b1a198aacfa9c6fdd2a7c3a94d9a1 | 5h9r |
| Binance | BCH | d0de3533818a57d28c7d6acc4831ed7744570bcd5aaab3ff329de057d77b3c0b | kpv6 |
| Binance | BCH | 622543e6af94316d4621ab19253aec17c79f832a7ac42f280e09b93c6fdddae7 | mm6t |
| Binance | LTC | a58adbfb5baa9311eb2eab38e1bc7f90bf86154404446eb95b31b027b3a46124 | rHeU |
| Binance | LTC | 83630c0ea11835861e1c5c44c471afbe222c35851179b2185404698d1c155d5a | 5RKv |
| Binance | LTC | b0aa39556ef4465a568987735c27c2c4cf096322d76bff31029b12973e8ca40d | 5RKv |
| Binance | LTC | 5363117e1e23337e12e2ac865e1bd0e2ddcda88ec1261555e1731c16b4af863d | 5RKv |
| Binance | LTC | 82fd35a0bbc70c13875db32eda503f1a2625cd8777a5c70bdb65125f7364ef6a | 5RKv |
| Binance | LTC | a6c8286d3c82aeddf8d256966a940bba41ffaf1a7113e74b357a322103e80bad | 5RKv |
| Binance | LTC | a8626016c5699415436cb1757a90a819cb754c27f2958ced21e4c3dcddafc06f | 5RKv |

| Exchange | Coin | Hash | | Tag |
|---|---|---|---|---|
| Binance | LTC | fa41fd17e8125f1e5114cbfe530b171da702e6959c8802d3e73a7058cbdf23b6 | | g3djJ |
| Binance | LTC | aff28e647e269ff93b368dd2c9ae8233d34c7e0d4b730e4a990bfc4a1742b31b | | acXt |
| Binance | LTC | 136a5b15a84675a97f06929eca00e10439ae156b978912fc657068ce8756452a | | 2UWR |
| Binance | LTC | 5aaae30b8729837cabbf4096366e91e60774101c1c12a141c8463fea67a255bc | | 2UWR |
| Binance | LTC | e9929892fb67b4a70d4ed36644f780cdc9a8a6855b757332af125d660b02b57d | | 2UWR |
| Binance | LTC | 641fd9400ce79901af52b799935e81cbd889b4474a1c69dfafc4fe033bb4b01b | | 2UWR |
| Binance | LTC | d95716fc792e644b17a9446113aa98c841b0517e832b9afa89a10054c5e0e895 | | 2UWR |
| Binance | LTC | 4494366575f7eebd43311c8ff4141d6dd0d546932d662090fbc2ab2250a570e6 | | 2UWR |
| Binance | LTC | f9b0b77fc4dad326903affd4a28829ccf1db494d9a34a8197178b0131389b610 | | MphQ |
| Binance | LTC | 0c178af610cef2ccd80a6ef6e74afabced6b416b42461d91bd798e79a9f09b38 | | kDGe |
| Binance | LTC | d6fe84cd861d0ff6c0b9b1cac0d4c0b86fd1c84678ebb4802dd923f4479893f2 | | MphQ |
| Binance | LTC | 7269706d999b4db822a7c652e8c1774477137aaeeca6cf1f6620a596581fb3f5 | | ZwK9 |
| Binance | LTC | 4465ee50eeac5dd3e16e5f7efd3de50af2876107cea614c20e9bb49db008ffec | | YerL |
| Binance | LTC | dfca7116b900ab24c81e1d1c9b01419de43d2dc6e69da93c0eafd2cbc655a2fc | | 6sbK |
| Binance | LTC | e13f5d3f012e01476b89cacf0b5af02e71fd537c25edc9b3f6cd6b2f3d3b6e4a | | 6sbK |
| Binance | LTC | f55275afbed9e491c986f159e7c64c67997fb9ea983a23ae409790309f4628c7 | | 5koe |
| Binance | BTC | a26856c2551b05806223ed369dd52ae87dbd4abd60d24274aa7b550d70f1957b | | 5Yn7 |
| Binance | BTC | b47cb9b98ec7819452f5b30b6149f531ac5a7508a19f3d99ae4c496a11b648a4 | | GRNQ |
| Binance | BTC | 79665fa5c2a41300c9ecb3d608e90bf6dd4d931d21a1a9508b9e520387fa224b | | 2yPp |
| Binance | BTC | a8844fc9affb188e2d25d8f15b955ab40b000d24bbd88ab9738a3c391b16cda3 | | F4DR |
| Binance | BTC | 8225977d0429cae45dfa67cd9ccffc9e78ab3ba31b6337781cfd7d7e2d6d7ef1 | | yFCo |
| Binance | BTC | bfd42a9857e40d52732427a0701704b35fdcfcc6649892fce67e8985f70cf904 | | GD2p |
| Binance | BTC | 10e884b812f1c1268d0adfc89186de34fe4ab0db03056cdc5dac8496cb73b16a | | gZXx |
| Binance | BTC | af280708f4cf3d02c1da7e6ee1931b9dede305ebe8722107c6dfe6b9d1f0b206 | | NUDi |
| Cryptonator | LTC | d17717240879e949ce0a39f834552819d49473fe049f2d04bea8dda99e5913e4 | | DHk6 |
| Bithumb | LTC | 84ffc42c90aba93150b8391ea3c78c28eaffbad32fa8a794f0547e6118465f43 | | A7QS |
| Kraken | LTC | 0caf336a04ef81c38b2e3d2058df7f86b870cf4bb72e59834690bd1eaf672893 | | dZmJ |
| Huobi | LTC | c06f1bd2a2f4b6e9211ec4156048b2fe6621d0f5633b1fa56488110733e0eafb | | zaFv |
| Coinbase | ETH | 0xbd5b8e7dcbfb9080750fc586e70d2ec943b9aea8d9dfbbecac87c8066f01a6a8 | | B197 |
| Coinbase | ETH | 0x665bdc9ff5361e2458fb6b3289d35a3e72660027401b6a46917cac6d99d3cb96 | | 5E51 |
| Coinbase | ETH | 0x75aa1649b7c35e47ab4d2261385245f31fbaff884b512feb8fb94d095f8ec3f1 | | 057e |
| Coinbase | ETH | 0x67a18c6ed02e72906c64895a7061db3596b9a1add42c523c16e476e1f1cfe131 | | 6B68 |
| Coinbase | ETH | 0x696db73d0c22a044a6620ad23ad4d0b7ed7a170d52e6877930956bcfd4645ca5 | | 057e |
| Coinbase | ETH | 0x9f58c148a32a2f4031c7543fa0db907d13d3d8b996599155c1653277c40dc5cf | | aFbe |
| Coinbase | ETH | 0xd772e8b85738d2c842f3ba0af1a77d1708a67e3df649eb3a7983f3a61afd243f | | aFbe |
| Coinbase | ETH | 0x5a9f42cd2bb5f193f024b4ed69e05d15b1edc6b9b0e53e2501d534c64ebf778a | | 057e |
| Coinbase | ETH | 0x573205abfdef8af0b85e4a8748e868cf5ed6f0288578f1cbab5c10952d4d5a7e | | 057e |
| HitBTC | ETH | 0x31e7c6272f0a6010b26e9b5e30bd5cec3a54af304aaf5eae69cbea57d5f0b7ec | | 2be4 |
| ByBit | ETH | 0x9a3e99c526379ee7e40a3707c38ec8810d91d1a22669bdd8ac6a9a787d0ccf8c | | 7dE3 |
| Huobi | ETH | 0x7d19ac2b594e78b8b77d5bb92a8ec33c44aa5755cb8c37e4776b92a713db6bbb | | c3Fc |
| Kriptomat.io | BTC | 9033dac080c0e6df643b1f99da0eff7bfb9db732ed841bc7953053a8ba5de6cb | | yW4h |
| Totalcoin.io | BTC | d34144ec80e3a560f2845a03149f3ae8dde5e594d465c05930cc843b3a860570 | | mWLG |
| Huobi | BTC | 05aad269b5c55ca167658a5e2d352d904e10924aa4249d7c0083ecfaeb7a0cb1 | | VmAn |
| Huobi | BTC | a81703280b1f9d098f81b3e4504e969b27a22cf7d95425ad098dda8791650235 | | VmAn |

| | | | | |
|---|---|---|---|---|
| Luno | BTC | 3895cf7bc7b65ebd093064e42f86a5578cb488e2ea60d81873e9509ac31b7c3c | | GyYo |
| Bitzlato | BTC | af2cbf8c2095782e3539d0d3dee2602628e428a268b5cf952fdb65e9a49611eb | | 2F4M |
| Yobit | BTC | 315fac8d4d2d134c3465feca01e3e104597b99c444b22c23d989f4cc3c27aacd | | f7irf |
| Payeer | BTC | d5a6c1e9e290fbe3b05926e3fb2fb40781ba71330598f20c20f9a0c1fddad977 | | UVWD |
| Poloniex | BTC | 9583ba0cb0e83900b9e7f961a576708de3b2c320c070043dce032ecd3babd3a2 | | e111 |
| Coinbase | BTC | 247f9d8a0529771b782098b9389dfb01c940ac44c26a4a1c12d5bf7015c237a4 | | wFZC |
| Coinbase | BTC | eff7c4509dd4b97f70765cc4bf44e9f63a1eb4b228dfdc041d1b54adcd27150d | | GfGb |
| Coinbase | BTC | 2963bb17cd7d6df649b98cd371891616fe9700c222efc85dd22bb50efa7f3d3d | | MMF8 |
| Whitebit.com | BTC | e59efb38a2d1097cc7af4b4a36081163ed63a8c4ab9f9ba9a83e229b83ceb6db | | moNK |
| Coinbase | BTC | 0402ee35aba43e8cb799f21a7c0dbdcf0d1b3ba91e2bc0a50294fe82aa59e98e | | CYhe |
| Korbit.co.kr | BTC | 896f79a194d154fc8ae203eae1b61ad861eb84743079696e1e19bfd44e676a79 | | ChjP |
| Wazirx.com | BTC | 79ac4162b9106bc875ca3674ce6d915bf84ceeb5a7761b3d3cf93541315e6c95 | | H3aA |
| Upbit | BTC | eabaa0863df9ac58578b9dae75406dd88ebeba7c8bf9c372ed9b36a6a78737e0 | | eN1t |
| Huobi | BTC | b92cfdc9edb5e147176fb8b26cf901a948549d3bc5052695255e05186d402527 | | Uu95 |
| Huobi | BTC | 52a3715ee3d4f7d541709225158b78766d9f2e028166dd5ecdf076be0ae908c8 | | Uu95 |

# Exhibit B

# LITECOIN TRANSACTIONS

This document details Litecoin ("LTC") transactions involving cryptocurrency that was withdrawn without authorization from ADX Labs Inc.'s Coinbase account on March 3, 2021 using the company's API key.

Throughout the exhibit, we utilize the blockchain analysis platform's clustering data to identify wallets that are alleged to be controlled by specific exchanges, such as Changenow, Binance or Coinbase. The identification of these wallets as being controlled by the exchanges is done through the blockchain analysis platform's proprietary algorithms.

We detail the relevant transactions in the transaction hash:receiving address format and reference the first six letters or numbers in an address after it is mentioned the first time.

## Binance Transactions

The stolen LTC transactions involved a series of transactions that generated three peel chains[1], which sent smaller deposits of LTC to Binance deposit addresses or clusters that then deposited the LTC to Binance. We number the peel chains and deposit addresses for clarity.

*LTC 214.4 Sent to Binance Deposit 1*

The Binance deposit address ███████ rHeU had only received two transfers from the address ███████ v18p, one of which preceded the theft. On February 18, 2021 the Binance deposit address received 27 LTC and on March 5, 2021, it received 214.4 LTC from the theft. After the February 18, 2021 transfer, LaunFh was empty until it received the stolen LTC in two transfers which it then sent to Binance within several hours. The hash and receiving address for the 214.4 LTC deposit are: a58adbfb5baa9311eb2eab38e1bc7f90bf86154404446eb95b31b027b3a46124:███████rHeU

*Peel Chains 1, 2 and 3 Sent 92.4 LTC to Cluster; 72 LTC Deposited to Binance Deposit 2*

From the primary peel chain of transactions likely involving a single wallet, the four addresses received the stolen LTC and sent amounts between 10.22 and 13.08 LTC totaling roughly 46.2 LTC to a cluster of nine addresses with the root address ███████ fYoF between 4:13 PM UTC and 5:10 PM UTC. Root addresses are the oldest address in a cluster and are used as the identifier for a given cluster.

The first two stolen transfers of 628.5 LTC of the stolen LTC were sent to the address ███████ 4365, which sent 12.86 LTC to the abovementioned

---

[1] A peel chain generally consists of series of addresses or clusters where there are only two transactions, one deposit and one withdrawal. Peel chains are created by Bitcoin (or other cryptocurrencies based on Bitcoin's code like Bitcoin Cash or Litecoin) wallet software that automatically creates a new "change" address for unsent cryptocurrency after each withdrawal in order to maximize privacy.

▮▮▮▮▮ fYoF cluster at 4:34 PM UTC on March 5, 2021. 506.4 LTC was transferred – starting a peel chain of transfers with change being returned to the same wallet via new addresses – down through two more addresses that deposited 12.94 and 11.2 LTC to the M9XV6 cluster at 4:50 PM UTC and 5:10 PM UTC on March 5, 2021.

In the Peel Chain 3 transaction likely involving the same wallet, 109 LTC was sent through a series of change transactions before sending 9.23 LTC to M9XV6 on March 5, 2021 at 4:13 PM UTC.

M9XV6 was created on March 5 and deposited a total of 72 LTC to Binance between April 1, 2021 and April 16, 2021 in six transactions, detailed below:

1. 19 LTC, 83630c0ea11835861e1c5c44c471afbe222c35851179b2185404698d1c155d5a:▮▮▮5RKv
2. 1 LTC, b0aa39556ef4465a568987735c27c2c4cf096322d76bff31029b12973e8ca40d:▮▮▮5RKv
3. 10 LTC, 5363117e1e23337e12e2ac865e1bd0e2ddcda88ec1261555e1731c16b4af863d:▮▮▮5RKv
4. 12 LTC, 82fd35a0bbc70c13875db32eda503f1a2625cd8777a5c70bdb65125f7364ef6a:▮▮▮5RKv
5. 10 LTC, a6c8286d3c82aeddf8d256966a940bba41ffaf1a7113e74b357a322103e80bad:▮▮▮5RKv
6. 19 LTC, a8626016c5699415436cb1757a90a819cb754c27f2958ced21e4c3dcddafc06f:▮▮▮5RKv

*Peel Chain 1 Sends 71 LTC to Cluster; Deposited in Binance Deposit 3*

At 2:01 AM UTC on March 12, 2021, Peel Chain 1 sent 71 LTC to a cluster of seven addresses with the root address ▮▮▮▮▮zQVU. The cluster had previously made deposits totaling nearly 1,000 LTC to Binance through the deposit address ▮▮▮▮▮3djJ, but had 0 LTC when this transfer arrived.

The 71 LTC was deposited to Binance on March 30, 2021 at 12:02 UTC, in the following transaction: fa41fd17e8125f1e5114cbfe530b171da702e6959c8802d3e73a7058cbdf23b6:▮▮▮▮▮3djJ.

*Peel Chain 1 and 2 Sent 489.9 LTC to Cluster; Deposited in Binance Deposit 4*

After the transfers to M9XV6, Peel Chain 2 continued and sent 89.47 LTC and 84.57 LTC to ████████████████████████ 2UWR on March 14, 2021 at 8:56 AM UTC and 9:13 AM UTC.

After the transfer to MPry6, Peel Chain 1 made four transfers to LdSWtF on March 14, 2021 between 8:31 AM UTC and 9:13 AM UTC consisting of 83.52 LTC, 57.82 LTC, 87.81 LTC and 86.78 LTC, respectively.

LdSWtF made a 489.99 LTC deposit to Binance Deposit 4 on March 14, 2021 at 2:03 PM UTC, which used the hash and receiving address: aff28e647e269ff93b368dd2c9ae8233d34c7e0d4b730e4a990bfc4a1742b31b:████████████████████████acXt.

Given that the Binance Deposit 4 has received 303 deposits totaling 22,285 LTC since October 2020, we wonder whether this may be an internal Binance address that has not yet been clustered to Binance in the blockchain analysis platform. If so, LdSWtF could be the relevant deposit Binance address. The relevant transaction information for that deposit address is as follows:

1. 136a5b15a84675a97f06929eca00e10439ae156b978912fc657068ce8756452a:████2UWR
2. 5aaae30b8729837cabbf4096366e91e60774101c1c12a141c8463fea67a255bc:████2UWR
3. e9929892fb67b4a70d4ed36644f780cdc9a8a6855b757332af125d660b02b57d:████2UWR
4. 641fd9400ce79901af52b799935e81cbd889b4474a1c69dfafc4fe033bb4b01b:████2UWR
5. d95716fc792e644b17a9446113aa98c841b0517e832b9afa89a10054c5e0e895:████2UWR
6. 4494366575f7eebd43311c8ff4141d6dd0d546932d662090fbc2ab2250a570e6:████2UWR

*Peel Chain 1 Sent 468.19 LTC to Binance Deposit 5 Via Cluster and Address*

After sending four transfers to the LXRw5 cluster, Peel Chain 1 sent 158.62 LTC to ████████████████████████C7vw on May 7, 2021 at 11:42 PM UTC, which was sent two minutes later to Binance Deposit 5, in the following transaction: f9b0b77fc4dad326903affd4a28829ccf1db494d9a34a8197178b0131389b610████████████████MphQ.

As part of the abovementioned transaction, the remaining 309.57 LTC was sent to a cluster of 8 addresses with the root address ████████████████████████MQ8H. The cluster had previously received eight transfers totaling roughly 190.4 LTC between March 20, 2021 and May 5, 2021. The cluster sent its total balance of 500 LTC to a single address at

12:06 PM UTC, 24 minutes after the stolen LTC arrived, in the following transaction: 0c178af610cef2ccd80a6ef6e74afabced6b416b42461d91bd798e79a9f09b38:▮▮kDGe.

The single address also sent the funds to Binance Deposit 5 at 12:06 PM UTC, in the following transaction: d6fe84cd861d0ff6c0b9b1cac0d4c0b86fd1c84678ebb4802dd923f4479893f2:▮▮MphQ

*Peel Chain 3 Deposited 0.31 LTC to Binance Deposit 6; Possibly 5.21 LTC More*

At 8:46 PM UTC on March 29, 2021, Peel Chain 3 sent 0.31 LTC to Binance Deposit 6 in the following transaction: 7269706d999b4db822a7c652e8c1774477137aaeeca6cf1f6620a596581fb3f5:▮▮ZwK9.

Of the remaining 10.35 LTC sent to a change address, 5.21 LTC was sent to an unnamed service – that primarily received LTC from exchanges and sent 94.72 percent of its LTC to Binance – on March 20, 2021 at 4:56 PM UTC, in the following transaction: 4465ee50eeac5dd3e16e5f7efd3de50af2876107cea614c20e9bb49db008ffec:▮▮YerL.  We wonder whether this is another Binance deposit address, as clustering represents an estimation of a wallet controlled by an entity and does not always contain all addresses within an actual wallet.  Based on our knowledge and experience, Binance would be able to determine whether this is a Binance deposit address or the address of an individual or entity using their service.

*Possible Additional Binance Deposits via Unnamed Services*

Between 9:27 PM UTC and 10:04 PM UTC, Peel Chain 1 and Peel Chain 2 sent a total of 607.39 LTC via seven transfers to a cluster of two addresses with the root address LXRw5nyK2d9mpkvekwaJzRBi2KpnN5rAmr.  Peel Chain 3 also sent 69.58 LTC to LXRw5n on March 14, 2021 at 9:51 PM UTC.  The LXRw5n cluster also received 367.28 LTC from other addresses between 9:27 PM UTC and 10:04 PM UTC.

Between 10:58 PM UTC on March 14 2021 and 5:49 PM UTC on March 15, 2021, LXRw5n sent a total of 974.47 LTC – 607.39 LTC of which came from Peel Chains 1, 2 and 3 – to an unnamed service with the root address La6DVdi1hc7dr8pnwrTiejKm4BkC3djAvp via two transactions which we detail below:

1. 400 LTC, dfca7116b900ab24c81e1d1c9b01419de43d2dc6e69da93c0eafd2cbc655a2fc:▮6sbK
2. 574.47 LTC, e13f5d3f012e01476b89cacf0b5af02e71fd537c25edc9b3f6cd6b2f3d3b6e4a:▮6sbK

La6DVd has engaged in more than 470,897 transfers, which are overwhelmingly deposits totaling nearly 2.17 million LTC. 32 percent of deposits to the service came from a variety of exchanges, but 94.72 percent of the service's withdrawals were to Binance.com. We wonder whether this is an unnamed Binance address cluster.

We note that Peel Chain 2's remaining 58.36 LTC was sent to another unnamed service – consisting of 574 addresses that have primarily received LTC from a variety of exchanges and sent 99.98 percent of its LTC to Binance – with the root address ███████████████████████████████pdVc at 10:04 PM UTC on March 14, 2021, in the following transaction: f55275afbed9e491c986f159e7c64c67997fb9ea983a23ae409790309f4628c7:███████████████████████████5koe.

As mentioned above, a cluster represents an estimation of a wallet by the blockchain analysis platform and does not always contain all addresses within a wallet. Based on our knowledge and experience, Binance would be able to determine whether this is a Binance deposit address or the address of an individual or entity using their service.

Additional Exchange Transactions

On March 4, 2021, 0.23 LTC was sent to the Hong Kong-based exchange Cryptonator.com at 9:55 AM UTC from MWm8azG7uV76JaYXE3YWxokz3zZw174365, which received 628.5 LTC in two transfers on March 3, 2021 at 12:09 PM UTC and 12:13 PM UTC from one of the addresses that received the stolen LTC and a second change address for the theft recipient address. The Cryptonator deposit address also received 0.16 LTC on March 25, 2021 at 1:53 PM UTC from the address ████████████████████mbxv, which had received the LTC from ██████████████████████RfcJ on March 23, 2021 at 10:48 AM UTC. LfsnWS is part of the 8 address cluster MJzqVW that sent 500 LTC through one address to Binance Deposit 5 at the end of Peel Chain 1. This second use of the Cryptonator deposit address suggests that the cluster may be controlled by the theft recipient. The deposit hash and address were d17717240879e949ce0a39f834552819d49473fe049f2d04bea8dda99e5913e4:█████████████DHk6

On March 4, 2021, the South Korean exchange Bithumb directly received 1.87 LTC – which was derived from stolen LTC in Peel Chain 3 – at 1:11 PM UTC. The transfer sent 106.82 LTC, which was the remainder of the sending address's balance to a change address. The Bithumb deposit address has received two other deposits totaling 4.54 LTC on February 12, 2021 and March 24, 2021. The stolen LTC deposit transaction hash and address were: 84ffc42c90aba93150b8391ea3c78c28eaffbad32fa8a794f0547e6118465f43:█████████████A7QS.

On March 16, 2021, █████████████████████████6j8jn – an address one transfer away from Peel Chain 3 – sent 20.2 LTC to the San Francisco, California-based exchange Kraken at 12:07 PM UTC. Eight minutes earlier, the address ████████████████████████████ApzF, which was part of Peel Chain 3, sent 9.36 LTC

to LerCtF and 14.52 LTC to the address ███████████████████████████NcuC, which sent LTC through several addresses to make another Binance deposit. LerCtF had received the remaining 10.85 LTC in three transfers within five minutes of the 9.36 LTC arriving. This Kraken deposit address has received a total of 451.43 LTC in 140 deposits between August 20, 2020 and May 22, 2021. Given the sizes of the transfers, it is unclear whether the Kraken or Binance deposit is the continuation of the peel chain, but both contain stolen LTC. The deposit hash and address were: 0caf336a04ef81c38b2e3d2058df7f86b870cf4bb72e59834690bd1eaf672893:███████████████dZmJ

On May 7, 2021, 159 stolen LTC was deposited at the Seychelles-based exchange Huobi at 11:32 AM UTC. The LTC was derived from Peel Chain 1, which had previously made four different deposits at Binance. The LTC address ███████████████████████████grUTw received 627.19 LTC from the peel chain on March 14, 2021 at 10:04 PM UTC, which it sent to Binance in the abovementioned transaction – also sending 468.19 LTC to a change address that continued to make deposits into Binance Deposit 5. Peel Chain 1 had no inputs of LTC from other sources, indicating that all of the 159 LTC came from the theft. The deposit hash and address were c06f1bd2a2f4b6e9211ec4156048b2fe6621d0f5633b1fa56488110733e0eafb:███████████████████████████zaFv.

# Exhibit C



# Exhibit D



# Exhibit E



# Exhibit F

