UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ADX Labs, Inc., *a Delaware Corporation*; ADX Holdings Pte. Ltd., *a Singapore Limited Liability Company*; Acesse Corporation, *a Nevada Corporation*; and Steven Renner,<br><br>Plaintiffs,<br><br>v.<br><br>Ciprian Pungila and SciTech Software S.R.L., *a Romanian Limited Liability Company*,<br><br>Defendants. | File No. 21-cv-1164 (ECT/KMM)<br><br>**ORDER** |

Donna Reuter, Caitlin L.D. Hull, and R.J. Zayed, Dorsey & Whitney LLP, Minneapolis, MN, for Plaintiffs.

Lukas Dustin Jonathon Toft, Fox Rothschild LLP, Minneapolis, MN, for Defendants.

This matter is before the Court on Plaintiffs' motion for expedited discovery and a preliminary injunction [ECF No. 5] and Defendants' motion for expedited discovery [ECF No. 15].[1] A hearing was held on the motions on July 9, 2021. ECF No. 16. For the reasons stated on the record at the hearing, and based on all the files records and proceedings in this case, **IT IS ORDERED** that:

---

[1] Defendants' requested expedited discovery in their memorandum in response to Plaintiffs' motions, ECF No. 15, and this request will be construed as a motion.

1. Plaintiffs' Motion for Expedited Discovery and Expedited Preliminary Injunction [ECF No. 5] is **GRANTED in part** as follows:

   a. Pursuant to Federal Rule of Civil Procedure 65, Defendants Ciprian Pungila and SciTech Software S.R.L., and each of their officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with either or both of them, are preliminarily enjoined from causing the transfer, dissipation, withdrawal, conversion, exchange, encumbrance, assignment, sale, disbursement, or any other disposition in any manner of cryptocurrencies or other property held in or transferred to account addresses identified in Exhibit A to the Declaration of Sean Anderson [ECF No. 9-1 at 1–4], until further order of the Court.

   b. Plaintiffs are not required to post a bond.

   c. Pursuant to Fed. R. Civ. P. 45, Plaintiffs may serve the subpoenas attached as exhibits to the Declaration of Donna Reuter [ECF No. 10-1].

2. Defendants' motion for expedited discovery [ECF No. 15] is **GRANTED**. Pursuant to Fed. R. Civ. P. 45, Defendants may serve the subpoenas attached as Exhibit E to their motion [ECF No. 15-6].

3. The granting of the Parties' motions for expedited discovery resolves no issues within the scope of Fed. R. Civ. P. 45(d), (e), (f), and (g). In other words, apart from authorizing the expedited timing of this discovery, this Order resolves no issues regarding the propriety of the discovery.

3

4. The Parties may by motion seek modification of this Order based on the submission of additional legal authorities or evidence gained through discovery.


Date: July 9, 2021                                s/ Eric C. Tostrud
                                                  Eric C. Tostrud
                                                  United States District Court