# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

# PRETRIAL CONFERENCE MINUTES

| | |
|---|---|
| ADX Labs, Inc., et al., | COURT MINUTES - CIVIL |
| | BEFORE: KATE MENENDEZ |
| Plaintiff(s), | U.S. Magistrate Judge |
| v. | Case No: 21-cv-1164-ECT-KMM |
| | Date: 10/12/21 |
| Ciprian Pungila, et al., | Location: Telephonic |
| | Time Commenced: 1:00 p.m. |
| Defendant(s). | Time Concluded: 1:19 p.m. |
| | Total Time: 19 Minutes |

**APPEARANCES:**

For Plaintiff:   Caitlin L. D. Hull, Donna Reuter, R. J. Zayed

For Defendant:   Steven E. Tiller, Patrick Houston

**PROCEEDINGS:**

The Court held a pretrial conference. A separate scheduling order will be issued. Following some initial discovery, counsel should resume discussions regarding settlement. The Court will hold a status conference in early February to discuss the progress of these talks.

*s/KAT*
Judicial Assistant/Courtroom Deputy